**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599  - Facsimile**
kam@kam13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
| Catherine Jennifer Cutler, | CASE NO.  20-00279-NGH |
| Debtor. | |

**Notice of Motion to Dismiss and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

**TRUSTEE'S MOTION TO DISMISS FOR MATERIAL DEFAULT**

NOW COMES, Kathleen A. McCallister, the standing Chapter 13 Trustee for United States Bankruptcy Court for the District of Idaho, and as for her Motion to Dismiss states as follows:

1. Debtor filed for Chapter 13 relief on March 19, 2020. An order confirming

Debtor's Chapter 13 plan was entered by the court on July 20, 2020. Debtor's confirmed plan does pay 100% of allowed claims.

 2.  Pursuant to the terms of the confirmed plan Debtor was to make the current monthly mortgage payments owed to the Idaho Housing Authority in the amount of $1624 per month.

 3. Unbeknownst to the Trustee or her staff, the Debtor entered into a forbearance agreement <u>before</u> her plan was confirmed.  Debtor did not make her mortgage payments for a one-year period.  This amounted to the sum of $19,488 extra disposable income available to the Debtor that was not used to fund the plan.

 4. Trustee has verified through Debtor's tax returns and bank statements that she actually had more income during that one-year period than she had prior to filing her case.

 5. Trustee also verified through a review of Debtor's bank statements that during that one-year period of the forbearance, debtor withdrew cash from her primary account totaling $26,452.32, that she purchased a car for her minor child (as well as a stereo and a tattoo), she made several trips including one to Disneyland, and had other expenditures not provided for on her schedule J of reasonable and necessary expenses.

 6. Not only did debtor fail to comply with the terms of her plan, she also entered into this agreement prior to signing the order of confirmation thus knowing that the plan she proposed was no longer accurate when she signed the order of confirmation.

 7. On information and belief the Debtor failed to advise her attorney that she entered into this agreement until the forbearance period ran.

 8.  Debtor's failure to make her currently monthly mortgage payments as required by the terms of her confirmed plan is a material default.

 WHEREFORE, trustee respectfully requests that this case be dismissed or for such other relief as this court deems reasonable and fair.

 DATED:  November 11, 2021

              /s/  Kathleen McCallister__
              **Kathleen McCallister, Trustee**

## CERTIFICATE OF SERVICE

**I, HEREBY CERTIFY** that on November 11, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Holly E Sutherland**
Attorney at Law
holly@averylaw.net

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Catherine Jennifer Cutler
5369 N. Borgnine Ave
Meridian, ID 83646

/s/  Kathleen McCallister
**Kathleen McCallister, Trustee**